IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TURNING POINT USA AT ARKANSAS  PLAINTIFFS
STATE UNIVERSITY; and
ASHLYN HOGGARD

v.  No. 3:17CV00327 JLH

RON RHODES, in his individual and official
capacities as member of the Board of Trustees
of the Arkansas State University System; *et al*.  DEFENDANTS

## ORDER

The motion for admission of attorney Tyson C. Langhofer to appear *pro hac vice* on behalf of the plaintiffs in this action is GRANTED. Document #4.

IT IS SO ORDERED this 21st day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE