**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **TURNING POINT USA AT ARKANSAS STATE UNIVERSITY**, and **ASHLYN HOGGARD**,<br><br>         Plaintiffs,<br>   v.<br><br>The Trustees of Arkansas State University—**RON RHODES, DR. TIM LANGFORD, NIEL CROWSON, STACY CRAWFORD,** and **PRICE GARDNER**—all individually and all in their official capacities as members of the Board of Trustees of the Arkansas State University System; **CHARLES L. WELCH**, President of the Arkansas State University System, in his official and individual capacities; **KELLY DAMPHOUSSE**, Chancellor of Arkansas State University, in his official and individual capacities; **WILLIAM STRIPLING**, Vice Chancellor for Student Affairs of Arkansas State University, in his official and individual capacities; **MARTHA SPACK**, Director of Student Development and Leadership for Arkansas State University, in her official and individual capacities,<br><br>         Defendants. | Case No. 3:17-cv-00327-JLH<br><br>**Motion to Withdraw as Attorney** |

   Counsel for the Plaintiffs, Michael Casey Mattox, hereby respectfully requests that he be permitted to withdraw as attorney for Plaintiffs in the above-captioned matter. Mr. Mattox will be leaving the employment of his firm on January 23, 2018, and will no longer be involved in this case. Plaintiffs will continue to be represented by the other attorneys listed below and consent to Mr. Mattox's withdrawal. Therefore, Mr. Mattox respectfully asks that the court grant this request to withdraw.

Respectfully submitted this 23rd day of January, 2018,

By: /s/ M. Casey Mattox

| | |
|---|---|
| M. CASEY MATTOX* <br> DC Bar No. 1033672 <br> **ALLIANCE DEFENDING FREEDOM** <br> CENTER FOR ACADEMIC FREEDOM <br> 440 1st Street NW, Suite 600 <br> Washington, DC 20001 <br> (202) 393-8690 <br> (202) 347-3622 Fax <br> cmattox@adflegal.org | ETHAN C. NOBLES <br> AR Bar No. 95048 <br> **NOBLES LAW FIRM** <br> 149 S. Market <br> Benton, AR 72015 <br> (501) 794-9742 <br> (501) 641-7057 Fax <br> ethan@NoblesLawFirm.com |

TYSON C. LANGHOFER*
AZ Bar No. 032589
**ALLIANCE DEFENDING FREEDOM**
CENTER FOR ACADEMIC FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax
tlanghofer@adflegal.org

DAVID A. CORTMAN
GA Bar No. 188810
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
(770) 339-6744 Fax
dcortman@adflegal.org

*Admitted *Pro Hac Vice*

ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

By: */s/ M. Casey Mattox*
M. CASEY MATTOX*
DC Bar No. 1033672
**ALLIANCE DEFENDING FREEDOM**
CENTER FOR ACADEMIC FREEDOM
440 1st Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
cmattox@adflegal.org

ATTORNEY FOR PLAINTIFFS