## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TURNING POINT USA AT ARKANSAS    PLAINTIFFS
STATE UNIVERSITY; and
ASHLYN HOGGARD

v.                          No. 3:17CV00327 JLH

RON RHODES, in his individual and official
capacities as member of the Board of Trustees
of the Arkansas State University System; *et al*.    DEFENDANTS

### ORDER

Michael Casey Mattox's motion to withdraw as attorney for plaintiffs in this action is GRANTED. Document #7.

IT IS SO ORDERED this 23rd day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE