FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 04 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **TURNING POINT USA AT ARKANSAS STATE UNIVERSITY**, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>**RON RHODES**, *et al.*,<br><br>        Defendants. | Case No. 3:17-cv-00327-JLH |

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS BY PEACE AND LOVE; THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION; THE AMERICAN CIVIL LIBERTIES UNION; AND THE AMERICAN CIVIL LIBERTIES UNION OF ARKANSAS**

Amici Peace and Love, the Foundation for Individual Rights in Education, the American Civil Liberties Union, and the American Civil Liberties Union of Arkansas (collectively, "Amici"), by and through counsel, file this Brief in Support of their motion for leave to file an *amici curiae* brief in support of Plaintiff Turning Point USA at Arkansas State University's and Ashlyn Hoggard's (collectively, "Plaintiffs'") Motion for Summary Judgment. In support thereof, Amici state as follows:

1.      Peace and Love is a registered student organization at Arkansas State University ("ASU"). Peace and Love is dedicated to acting out of love and aiming for peace in order to have young people come together, put their differences aside, and become the generation that unites people from all walks of life and from all different upbringings. Peace and Love aims to spread peace and love by reaching people through random acts of kindness on ASU's campus. Freedom of expression on campus is therefore integral to Peace and Love's mission. Due to the university policy at issue in this case, Peace and Love has had trouble getting tables in time to promote

events and has been prevented from speaking and tabling in the areas of campus where they could best spread the word about past and future events.

2. The Foundation for Individual Rights in Education ("FIRE") is a nonpartisan, nonprofit organization dedicated to promoting and protecting civil liberties at our nation's institutions of higher education. Since 1999, FIRE has worked to protect student First Amendment rights at campuses nationwide. FIRE believes that to best prepare students for success in our democracy, the law must remain unequivocally on the side of robust free speech rights on campus. FIRE coordinates and engages in targeted litigation to ensure that student First Amendment rights are vindicated when violated at public institutions.

3. The American Civil Liberties Union ("ACLU") is a nationwide, nonprofit, nonpartisan organization with over 2 million members, dedicated to defending the principles of liberty and equality embodied in the Constitution and our nation's civil rights laws. For nearly a century, the ACLU has been at the forefront of efforts nationwide to protect the full array of civil rights and civil liberties, including the freedom of speech. The American Civil Liberties Union of Arkansas (ACLU of Arkansas) is a state affiliate of the national ACLU. The ACLU and ACLU of Arkansas have appeared before this Court and others in free speech cases, both as direct counsel and as amicus curiae.

4. This Court has the discretion to permit Amici to file their proposed brief. *See Stuart v. Huff*, 706 F.3d 345, 355 (4th Cir. 2013). "Although not addressed by the Federal Rules of Civil Procedure, and not fully explored by the Courts of this Circuit, '[a] district court has inherent authority to designate amici curiae to assist it in a proceeding.'" *Animal Prot. Inst. v. Merriam*, No. 06-3776, 2006 U.S. Dist. LEXIS 95724, at *2 (D. Minn. Nov. 16, 2006) (quoting *Liberty Res. Inc. v. Phila. Hous. Auth.*, 395 F. Supp. 2d 206, 209 (E.D. Pa. 2005); *see also Smith*

2

*v. Chrysler Fin. Co.*, No. 00-cv-6003, 2003 U.S. Dist. LEXIS 1798, at *21 (D.N.J. Jan. 14, 2003) ("District courts have inherent authority to appoint or deny amici which is derived from Rule 29 of the Federal Rules of Appellate Procedure.").

5. District courts may look to Federal Rule of Appellate Procedure 29 for guidance when deciding whether to grant motions for leave to file an amicus curiae brief, whose assistance is most appropriate at the district court level with respect to questions of law. *See COR Clearing, LLC v. Calissio Res. Grp., Inc.*, 15-cv-317, 2015 U.S. Dist. LEXIS 149025, at *4 (D. Neb. Oct. 29, 2015).

6. Under Federal Rule of Appellate Procedure 29, a motion for leave to file an amicus brief must state "(A) the movant's interest; and (B) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3). "'An amicus curiae brief which brings relevant matter to the attention of the Court that has not already been brought to its attention by the parties is of considerable help to the Court.'" Fed. R. App. Proc. 29, 1998 advisory comm. note (quoting S. Ct. R. 37.1). "'The traditional function of an amicus curiae is to assist in cases of general public interest by supplementing the efforts of private counsel and by drawing the court's attention to law that might otherwise escape consideration[.]'" *Shoemaker v. City of Howell*, 795 F.3d 553, 562 (6th Cir. 2015) (quoting 3-28 Moore's Manual—Federal Practice and Procedure § 28.84 (2014)). As then-Circuit Judge Alito wrote, "[O]ur court would be well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002).

7.	Amicus Peace and Love brings a new and valuable perspective to this Court as a student organization whose ability to engage in expression on campus has been hindered by the university policy that Plaintiffs challenge.

8.	Amici FIRE, ACLU, and ACLU of Arkansas bring a new and valuable perspective to this case given their role in defending students' constitutional rights in Arkansas and nationwide. Amici have a unique ability to provide the Court with information about how situations similar to that before the Court have been addressed by institutions and courts across the country over decades.

9.	For the foregoing reasons, the undersigned amici respectfully request that the Court grant their motion and permit them leave to appear as amici curiae and file the accompanying brief in support of Plaintiffs Motion for Summary Judgment.

Dated: February 4, 2019

Respectfully submitted,

*Holly Dickson*

Holly Dickson, Bar No. 98137
THE ARKANSAS CIVIL LIBERTIES
UNION FOUNDATION, INC.
904 West Second Street, Suite 1
Little Rock, Arkansas 72201
(501) 374-2842
holly@acluarkansas.org

*Counsel for Amici Peace and Love, the Foundation for Individual Rights in Education, the American Civil Liberties Union, and the American Civil Liberties Union of Arkansas*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2019, a true and correct copy of the foregoing was filed in paper with the Court and that I am causing to be served by electronic mail a true and correct copy of the foregoing to each party's counsel of record.

*Holly Dickson*
Holly Dickson