IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TURNING POINT USA AT ARKANSAS
STATE UNIVERSITY** and **ASHLYN HOGGARD**, **PLAINTIFFS**

**v.**  Case No. 3:17-cv-00327 (JLH/JTR)

The Trustees of Arkansas State University—
**RON RHODES, et al.**

**DEFENDANTS**

# EXHIBIT J

(Video from Emily Parry)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TURNING POINT USA AT ARKANSAS
STATE UNIVERSITY** and **ASHLYN HOGGARD**,            **PLAINTIFFS**

**v.**           Case No. 3:17-cv-00327 (JLH/JTR)

The Trustees of Arkansas State University—
**RON RHODES, et al.**
           **DEFENDANTS**

# Exhibit J to Defendants' Motion for Summary Judgment – Video recording from Emily Parry's cell phone

(CD containing video to be filed conventionally with the Clerk's office)