# INDEX OF EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| Ex. | Description |
|---|---|
| 1 | Video of Officer Phipps (Filed Conventionally)* |
| 2 | Video of E. Parry (Filed Conventionally)* |
| 3 | Deposition Transcript of A. Hoggard |
| 4 | Plaintiffs' Complaint |
| 5 | Defendants' Answer |
| 6 | ASU Board of Trustees Bylaws, Article VIII |
| 7 | University System Speech Zone Policy |
| 8 | Deposition Transcript of R. Stripling |
| 9 | ASU Speech Zone Policy |
| 10 | Deposition Transcript of M. Spack |
| 11 | University Campus Map |
| 12 | Free Expression Areas for Speeches and Demonstrations |
| 13 | Deposition Transcript of E. Rouse |
| 14 | Standards of Student Conduct |
| 15 | Deposition Transcript of T. Phipps |
| 16 | Trespass Citation |
| 17 | Satellite Maps from Depositions of R. Stripling, M. Spack, and E. Rouse |
| 18 | Declaration of A. Hoggard |
| 19 | Declaration of E. Parry |

*Per Section IV.C. of the Administrative Policies and Procedures Manual for Civil Filing, copies of the conventionally-filed video exhibits (Ex. 1 and Ex. 2) have been sent via UPS to the Clerk's office and via USPS to counsel for Defendants.

Turning Point USA at Arkansas State University, et al. v. Rhodes et al.
3:17-cv-00327-JLH