IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TURNING POINT USA AT ARKANSAS**
**STATE UNIVERSITY** and **ASHLYN HOGGARD**,   PLAINTIFFS

v.         Case No. 3:17-cv-00327 (JLH/JTR)

The Trustees of Arkansas State University—
**RON RHODES, et al.**                                                   DEFENDANTS

## DEFENDANTS' RESPONSE TO
## MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

Come now the defendants, by and through their attorneys, and, for their Response to Motion for Leave to File Amici Curiae Brief, state:

1. Defendants have no objection to the request to file the amici curiae brief, although it appears the amici brief will be of limited utility to the Court. The brief retreads the same ground as plaintiffs' Motion for Summary Judgment and adds nothing new to the discussion. In fact, the brief demonstrates a lack of knowledge about the facts revealed through discovery, which may be why it is rare for amicus briefs to be allowed at the trial level. *See Counts v. Cedarville Sch. Dist.*, 295 F. Supp. 2d 996, 998 (W.D. Ark. 2003) (declining to consider amicus brief).

2. If the Court allows the amici brief, defendants affirmatively request the opportunity to engage in limited discovery regarding the unsupported factual allegations by separate amicus Peace and Love that it has had trouble reserving tables or speaking in areas of campus. ASU has researched its records and found no evidence of any such issues.

WHEREFORE, defendants submit this response to the Court for consideration and pray that the Court grant appropriate relief; and for all other relief to which they are properly entitled under the premises.

Respectfully submitted,

Delena C. Hurst (2007089)
dhurst@asusystem.edu
Associate General Counsel
Arkansas State University System
501 Woodlane Dr., #600
Little Rock, AR 72201
Ph: (501) 660-1009

-and-

Rodney P. Moore (96134)
rpmoore@wlj.com
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Ph: (501) 371-0808

-and-

Jeffrey W. Puryear (93109)
jpuryear@wpmfirm.com
Ryan M. Wilson (2008206)
rwilson@wpmfirm.com
WOMACK PHELPS
PURYEAR MAYFIELD & McNEIL, P.A.
P.O. Box 3077
Jonesboro, AR 72403
Ph: (870) 932-0900

By:  /s/ Ryan M. Wilson
     *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February, 2019, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to the following counsel of record:

Ethan C. Nobles
NOBLES LAW FIRM
149 S. Market
Benton, AR 72015
ethan@NoblesLawFirm.com

Tyson C. Langhofer
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
tlanghofer@adflegal.org

Jonathan M. Larcomb
ALLIANCE DEFENDING FREEDOM
440 1st St. NW
Washington, DC 20001
jlarcomb@adflegal.org

David Cortman
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, GA 30043
dcortman@adflegal.org
      *Attorneys for Plaintiffs*

                                                /s/ Ryan M. Wilson
                                                Ryan M. Wilson