Arkansas State University
Police Department

## PERSONA NON GRATA NOTICE AND CRIMINAL TRESPASS WARNING

Be it known that on **October 11th**, 20**17** at **1245** hours,

Mr/Ms **Emily A. Parry**           Phone# ███████

Race **W**  Sex **F**  DOB ███  DL/ID ███   Ht **65"**  Wgt **120**

Address **1351 Tavasci Rd**   City **Clarkdale**   State **AZ**

Is advised in the presence of Officer **LT. Phipps**   ID **413**   of the University Police Department, that he/she was in violation of the following:

1. **Violation of Free Speech Area Policy**
2. _____
3. _____

These actions were disruptive and detrimental to this University. It is therefore necessary to instruct you to stay off of the following property:

☑ Entire Jonesboro Campus
Exclusion includes all University owned or controlled property such as parking lots, residence halls, academic buildings, and sporting arenas and also includes all events sponsored by the University such as athletic events, artistic performances, social receptions, and fraternity and sorority functions.

☐ Residential Area - Specifically: _____ (Including parking lots)

☐ Other Campus Building/Area - Specifically: _____ (Including parking lots)

This letter serves as notice of Persona Non Grata. Specifically, this means your presence at the above checked property is no longer welcome and that you cannot be in any of the property that is checked above.

This action will be effective immediately upon your receipt of this letter and will be for an indefinite period of time. If you are found in violation by your unauthorized presence on the identified University property, it will be necessary to immediately arrest and charge you for criminal trespassing pursuant to Arkansas Criminal Code 5-39-304.

To appeal this notice, you must make contact with the Assistant Dean of Student Conduct by phone or mail no later than seven days from receipt of this letter. Failure to contact the Assistant Dean of Student Conduct signifies your acknowledgement and acceptance that you are not to return to the property.

If you have any questions regarding your status as persona non grata, you may contact one of the individuals below:

1. Assistant Dean of Student Conduct  870-972-2834, PO Box 2762, State University AR, 72467
2. Administrative Lieutenant of University Police 870-972-2093

**Emily Parry**
Printed name of Offender

**[signature]**
Signature of Offender

**Lt. Phipps** [signature]
Signature of Officer

_____
Signature of Witness

ASU000162