# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TURNING POINT USA AT ARKANSAS   PLAINTIFFS
STATE UNIVERSITY; and
ASHLYN HOGGARD

v.                    No. 3:17CV00327 JLH

RON RHODES, in his individual and official
capacities as member of the Board of Trustees
of the Arkansas State University System; *et al*.   DEFENDANTS

## ORDER

Defendants' motion to stay pending legislative action is DENIED. Document #31.

IT IS SO ORDERED this 22nd day of February, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE