**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TURNING POINT USA AT ARKANSAS  　　　　　　　　　　　　　　　PLAINTIFFS
STATE UNIVERSITY; and
ASHLYN HOGGARD

v.　　　　　　　　　　　　No. 3:17CV00327 JLH

RON RHODES, in his individual and official
capacities as member of the Board of Trustees
of the Arkansas State University System; *et al*.　　　　　　　　　　　DEFENDANTS

**ORDER**

During oral argument on April 29, 2019, defense counsel stated that none of the trustees named as defendants in this action served on the Board of Trustees when the Arkansas State University Freedom of Expression Policy was adopted in 1988. If the defendants want the Court to rely on that statement of fact, they must within seven days from the entry of this order (1) provide the Court with a citation to the record where that information is found or supplement the motion for summary judgment with evidence to support that statement of fact and (2) submit a short (no more than three pages) explanation of the legal significance of that statement of fact along with citations to legal authority on point. If the plaintiffs wish to reply to the defendants' response to this order, they may file a reply of no more than three pages within seven days after the defendants file their response to this order.

IT IS SO ORDERED this 1st day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE