IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TURNING POINT USA  PLAINTIFFS
AT ARKANSAS STATE UNIVERSITY;
and ASHLYN HOGGARD

v.  NO. 3:17CV00327 JLH

RON RHODES, individually, *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Turning Point USA at Arkansas State University and Ashlyn Hoggard. The complaint of Turning Point USA at Arkansas State University and Ashlyn Hoggard is dismissed with prejudice.

IT IS SO ORDERED this 19th day of August, 2019.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE