# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Mr. Jim McCormack

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** July 06, 2021

**RE:** 19-3016  Turning Point USA at Arkansas, et al v. Ron Rhodes, et al

District Court/Agency Case Number(s):   3:17-cv-00327-JLH

_____

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

AMT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

July 2, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re:  Ashlyn Hoggard
          v. Ron Rhodes, et al.
          No. 20-1066
          (Your No. 19-3016)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Statement of Justice Thomas respecting the denial of certiorari.

Sincerely,

*Scott S. Harris* (signature)

**Scott S. Harris**, Clerk

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, July 6, 2021 11:02 AM |
| **Subject:** | 19-3016 Turning Point USA at Arkansas, et al v. Ron Rhodes, et al "Supreme Court Order" (3:17-cv-00327-JLH) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 07/06/2021 at 11:00:20 AM Central Daylight Time and filed on 07/02/2021

| | |
|---|---|
| **Case Name:** | Turning Point USA at Arkansas, et al v. Ron Rhodes, et al |
| **Case Number:** | 19-3016 |
| **Document(s):** | Document(s) |

**Docket Text:**
SUPREME COURT order filed denying cert petition. Order filed on 07/02/2021 in case No.20-1066. Statement of Justice Thomas respecting the denial of certiorari. [5051903] [19-3016] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** DC Memo Cert Denied
**Original Filename:** /opt/ACECF/live/forms/AmandaTrautt_193016_5051903_DCMemoCertDenied_363.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/02/2021] [FileNumber=5051903-1]
[0ff8dba07456ae7651725d3f1883718a041a6b7a26dc718f4a293f16b61ee76a6b268ec3d3113d54a29c9efff58d42e1846f7114179ffd30d0e2ea7a71929dcb]]
**Recipients:**

- Mr. Jim McCormack, Clerk of Court

**Document Description:** SC Order
**Original Filename:** 19-3016.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/02/2021] [FileNumber=5051903-0]

[b111ad68a0cb01844cdd39844edbd48899e1ccdba066ba7814aa7773b80b6494e6884bc36a7a5258d11e378fe1e866cdbc707581d2832090c95a693087890de1]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5051903
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6802212, 6802213